UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HAWKEYE-SECURITY INSURANCE COMPANY, and THE MIDWESTERN INDEMNITY COMPANY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:08CV01071 ERW ) |
| DONALD A. BUNCH, et al., | ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Motion to Quash Deposition Subpoena and Notice of Deposition [doc. #32] is **DENIED, in part,** and **GRANTED, in part**. The deposition of the corporate designee of Total Lock and Security, Inc. and The Installers Company will not take place on September 2, 2009, rather, the Parties shall agree on a mutually acceptable date. Defendants will be limited to one hour for the deposition of Michelle A. Fogerty, and one hour for the deposition of Eve Rone. The deposition will take place at the deponent's place of business.

**IT IS FURTHER ORDERED** that there will be no deposition of Harold Merx, unless Defendants are able to personally locate him.

Dated this 3rd Day of September, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE